600

476 A.2d 90

Commonwealth v. Shenton, Appellant.

Submitted March 5, 1984.   Lawrence A. Ruth, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Appeal dismissed.

476 A.2d 90

Commonwealth v. Solis-Sanchez, Appellant.

Submitted April 16, 1984.   Richard E. Johnson, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.